UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE:

Arthur P. Flores, 1867,
and Ramona Flores, 5976,
fka Ramona Martinez ,
fka Ramona Casas,

        Debtor(s).                              Case No. 7-07-10046-SR

ORDER GRANTING WASHINGTON MUTUAL BANK, AS SUCCESSOR-IN-INTEREST TO
LONG BEACH MORTGAGE COMPANY BY OPERATION OF LAW
RELIEF FROM AUTOMATIC STAY REGARDING PROPERTY LOCATED AT 1102 S. 1ST
STREET, LOVINGTON

      THIS MATTER having come before the Court on the Motion for Relief from Stay Regarding Property located at 1102 S. 1st Street, Lovington, pursuant to 11 U.S.C. Section 362(d), filed by the Creditor Washington Mutual Bank, as successor-in-interest to Long Beach Mortgage Company by operation of law on October 15, 2007; a Notice of Objection Deadline for Motion for Relief from Automatic Stay and Motion for Relief from Stay Regarding Property located at 1102 S. 1st Street, Lovington were transmitted to the Debtor(s), attorney for the Debtor(s), and Trustee on October 15, 2007, the objection deadline was November 7, 2007 and the time to file an objection to the Motion has passed, and no objection has been received from the Debtor(s), attorney for the Debtor(s) or Trustee; the attorney for the Creditor, having certified by her signature herein, that she has complied with the Soldiers and Sailors Civil Relief Act, through receipt of a response from the Department of Defense Manpower Data Center, which states that Arthur P. Flores and Ramona Flores are not members of the military service of the United States nor her allies; and the Court having considered the Motion and finding that Creditor is entitled to an Order terminating the automatic stay imposed by the filing of the bankruptcy action, and being otherwise advised in the premise;

IT IS, THEREFORE, THE ORDER OF THIS COURT that the automatic stay imposed by the filing of the above-entitled and numbered cause of action as the same pertains to the Debtor(s) and to certain property located in the County of Lea, State of New Mexico, and more particularly described as:

> LOT SIX (6), BLOCK NINETY-TWO (92), GORE REDIVISION OF THE LLANO ADDITION TO THE CITY OF LOVINGTON, LEA COUNTY, NEW MEXICO

and having an address of 1102 S. 1st Street, Lovington, New Mexico, is hereby modified, and the Creditor, its successors, assigns and/or real party in interest, and any and all junior lienholders are permitted to proceed with foreclosure action in the Judicial District Courts of the State of New Mexico, including the transmittal of any default letter required by the loan documents.

IT IS FURTHER THE ORDER OF THIS COURT that the failure of the Trustee to object shall act as a disclaimer of interest in and to the real property which is the subject matter of this action, but shall not be a disclaimer to excess proceeds, if any, resulting from the foreclosure sale. The Creditor, its successors, assigns and/or real party of interest, shall not be required to name the Trustee as a Defendant in its foreclosure action.

IT IS FURTHER THE ORDER OF THIS COURT that any deficiency owed by the Debtor(s) to the Creditor, its successors, assigns and/or real party in interest, after foreclosure sale shall be set forth in a Proof of Claim filed by the Creditor, its successors, assigns and/or real party in interest, and shall be subject to the Bankruptcy Code should this bankruptcy continue.

IT IS FURTHER THE ORDER OF THIS COURT that this Order shall retain its effect and validity should this case be converted to a Chapter 13 proceeding, and Creditor shall be able to foreclose its interests in the appropriate Court.

IT IS FURTHER THE ORDER OF THIS COURT that the ten (10) day stay requirement of F.R.B.P. 4001(a)(3) is waived.

                                                                                                   _____
                                                                          James S. Starzynski
                                                                  U S BANKRUPTCY COURT JUDGE

SUBMITTED BY:

SUSAN C. LITTLE & ASSOCIATES, P.A.
By: KAREN H. BRADLEY S/Electronically Filed/ 11.08.07
Attorney for Creditor
4501 Indian School Road NE, Ste. 101
Albuquerque, New Mexico 87110
Post Office Box 3509
Albuquerque, New Mexico 87190-3509
(505) 254-7767   Fax: (505) 254-4706


FOR INFORMATION PURPOSES ONLY:

Clarke Coll
Trustee
PO Box 550
Roswell, NM 88202-0550


Mike Gomez
Attorney for Debtor(s)
PO Box 2931
Roswell, NM 88202-2931

Arthur P Flores and Ramona Flores
Debtors
1102 South First
Lovington, NM 88260


Bankruptcy of Arthur P. Flores and Ramona Flores; USBC No.7-07-10046-SR; WAMU Loan No. 0695573147; P/A: 1102 S. 1st Street, Lovington, NM 88260